IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMPUTER SOFTWARE PROTECTION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-452-SLR |
| AUTODESK, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the date provided in Paragraph 3 of the Scheduling Order for motions to join other parties was January 14, 2013 [D.I. 17];

WHEREAS, the Court has entered stipulated orders extending the date for motions to join other parties to June 4, 2013;

WHEREAS Autodesk, Inc. has requested, and Computer Software Protection, LLC has agreed to, a further extension of the date for motions to join other parties to June 18, 2013;

NOW THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that the date by which motions to join other parties shall be filed shall be further extended to June 18, 2013.

| | |
|---|---|
| */s/ Michael J. Farnan* | */s/ John W. Shaw* |
| Brian E. Farnan (No. 4089) | John W. Shaw (No. 3362) |
| Michael J. Farnan (No. 5165) | Karen E. Keller (No. 4489) |
| FARNAN LLP | SHAW KELLER LLP |
| 919 North Market Street, 12th Floor | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 777-0300 | (302) 298-0700 |
| mfarnan@farnanlaw.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated:  June 4, 2013

SO ORDERED thisـ____day of June, 2013.

_____
United States District Judge