**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COMPUTER SOFTWARE PROTECTION LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>AUTODESK, INC.<br><br>　　　　Defendants. | Civil Action No. 12-452-SLR |

**STIPULATION OF DISMISSAL**

Plaintiff Computer Software Protection LLC and Defendant Autodesk, Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), to a dismissal with prejudice of all claims and counterclaims in this Action, with each party to pay its own costs and attorney's fees.

06057553

DATED: December 16, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Brian E. Farnan | /s/ Karen E. Keller |
| Brian E. Farnan (Bar No. 4089) | Karen E. Keller (No. 4489) |
| Farnan LLP | David M. Fry (No. 5486) |
| 919 North Market Street | SHAW KELLER LLP |
| 12th Floor | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 777-0300 | (302) 298-0700 |
| (302) 777-0301 | kkeller@shawkeller.com |
| bfarnan@farnanlaw.com | dfry@shawkeller.com |
| | |
| Robert R. Gilman (admitted *pro hac vice*) | OF COUNSEL: |
| Joseph Messina (admitted *pro hac vice*) | |
| HAYES MESSINA GILMAN & HAYES LLC | Joseph R. Re |
| 200 State Street, 6th Floor | Jon W. Gurka |
| Boston, MA 02109 | Cheryl T. Burgess |
| (617) 439-4200 (Tel) | Daniel C. Fullerton |
| (617) 737-8056 (Fax) | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| rgilman@hayesmessina.com | 2040 Main Street |
| jmessina@hayesmessina.com | Fourteenth Floor |
| | Irvine, CA 92614 |
| *Counsel for Plaintiff* | (949) 760-0404 |
| | |
| | *Attorneys for Defendant* |
| | *Autodesk, Inc.* |

**SO ORDERED** this _____ day of _____, 2013

_____
The Honorable Sue L. Robinson